DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Manuel Guigosa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>JOSE MANUEL GUIGOSA,<br><br>　　　　　*Defendant.* | No. 1:09-cr-00440 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　February 8, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Manuel Guigosa, that the date for status conference in this matter may be continued to February 8, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 11, 2010.  The requested new date is February 8, 2010.**

　　　This continuance is requested to provide additional time for the preparation of a pre-plea Presentence Investigation Report, and for Mr. Guigosa to consider the government's probable fast-track plea offer.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 6, 2010                By /s/ Susan Phan
                                                SUSAN PHAN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 6, 2010                By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Jose Manuel Guigosa

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:**   **January 7, 2010**                   /s/ **Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE